| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Trans Court)* |
|---|---|---|
| | TRANSFER OF JURISDICTION | 0754-3:22CR30122-1 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 0866-2:24CR04034-01 SRB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASE | DISTRICT | DIVISION / OFFICE |
|---|---|---|
| Michelle Nicole Miller<br>Columbia, MO 65203 | Southern District Of Illinios | East St. Louis |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Staci M. Yandle, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM January 1, 2024 | TO December 31, 2025 |

OFFENSE

18 U.S.C. § 1344(2) Bank Fraud

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Client is currently being supervised by the Western District of Missouri and does not intend to return to Southern Illinois.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF MISSOURI upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

| June 18, 2024 | *[signature]* |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| June 20, 2024 | /S/ Stephen R. Bough |
|---|---|
| | Stephen R. Bough |
| DATE | UNITED STATES DISTRICT JUDGE |